PER CURIAM: Robert McKoy waived presentment on an indictment for possession 
of a stolen vehicle, pled guilty, and was sentenc

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Robert Lee Delbridge, Jr.,       
Appellant.
 
 
 

Appeal From Florence County
James E. Brogdon, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-511
Submitted July 1, 2003  Filed August 27, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
Deputy Director for Legal Services Theresa A. Knox, Legal Counsel Tommy Evans, 
 Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Robert Lee Delbridge, Jr. was 
 indicted and subsequently pled guilty to possession of cocaine and was sentenced 
 to five years imprisonment suspended to ninety days and three years probation.  
 Delbridge was served with a probation revocation arrest warrant for violating 
 various provisions of his probation.  At the probation hearing, Delbridges 
 probation was revoked, and he was ordered to serve three years of the original 
 five-year sentence. 
Delbridges appellate counsel submitted a petition 
 to be relieved as counsel, stating she has reviewed the record and has concluded 
 Delbridges appeal is without merit.  Delbridge did not file any documents with 
 the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Delbridges appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
GOOLSBY, BEATTY and KITTREDGE, JJ, 
 concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.